JS-4

FILED
CLERK, U.S. DISTRICT COURT
JUL - 9 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD GEORGE, | CV 06-200 JSL (AJW) |
| Plaintiff, | |
| v. | JUDGMENT |
| DR. THOMAS W. EDHOLM, *et al.*, | |
| Defendants. | |

Pursuant to the Order of the court adopting the findings, conclusions and recommendations of United States Magistrate Judge Wistrich, to the extent indicated in the court's Order,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: 7/9/08

Spencer Letts

J. Spencer Letts
Senior United States District Judge