*MADE JS-6*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Clifford George,<br><br>           Plaintiff,<br><br>     vs.<br><br>DR. THOMAS W. EDHOLM, Individually in his capacity as an M.D.; BIVENS V. UNKNOWN MEDICAL STAFF'S, 403 US 388 (76) Individually in their capacity as an RN Nurses; GREY FREEMAN, Individually in his capacity as a P.D. Officer; DARREL JOHNSON, Individually in his capacity as a P.D. Officer,<br><br>           Defendants. | U.S.D.C. Case Number:<br>CV 06-200-GW(AJWx)<br><br>**JUDGMENT** |

This action came on for hearing before the Court on October 17, 2011, the Honorable George H. Wu District Judge presiding, on the Motion for Summary Judgment by Defendants Pomona Police Detective Greg Freeman and Corporal Daryll Johnson (collectively, the "Officers"). After full consideration of the

1  evidence and points and authorities submitted by the parties and the oral arguments
2  of counsel, and a decision having been rendered,
3      IT IS ORDERED AND ADJUDGED that Plaintiff Clifford George takes
4  nothing by way of the Complaint herein and that the action be dismissed on the
5  merits.

DATED: November 9, 2011

                                _____
                                Hon. George H. Wu
                                United States District Judge

# CERTFICIATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 13181 Crossroads Parkway North, Suite 400, City of Industry, CA 91746.

On November 7, 2011, I served the foregoing documents described as: **[PROPOSED] JUDGMENT** on the interested parties in this action via the Court's ECF System on:

Milbank, Tweed, Hadley & Mccloy LLP
Robert J. Liubicic
Aluyah I. Imoisili
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
Telephone: (213) 892-4000
Facsimile:    (213) 629-5063

(**Electronic/Automated Service**) I electronically served the aforementioned document via the Notice of Electronic Filing of the aforementioned document(s) with attachments will be generated by CM/ECF on the parties listed above at their respective email address(es) and electronically mailed.

I declare that I am employed in the office of a member of the bar of this court at whose direction the Service was made.

Executed on November 7, 2011, at City of Industry, California.

_____
Liza Slaughter